**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

-------------------------------------------------------------------------x

SIESTA LLC, a Florida Limited Liability Company,

        Plaintiff,                              Case No.: _____

v.                                      **COMPLAINT**

                                           (*Jury Trial Demanded*)

PREMIER INVESTMENTS USA LLC d/b/a FREEZ
DRINKWARE, a Florida Limited Liability Company,

        Defendant.

-------------------------------------------------------------------------x

Plaintiff Siesta LLC ("Siesta" or "Plaintiff"), by and through its undersigned counsel, for its Complaint against Defendant Premier Investments USA LLC d/b/a Freez Drinkware ("Freez" or "Defendant"), alleges as follows:

## I. <u>NATURE OF THE ACTION</u>

1. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, arising from Defendant's unauthorized copying, reproduction, and distribution of Plaintiff's original, federally registered copyrighted artwork in connection with competing drinkware products sold throughout the United States. Plaintiff also asserts a claim for unfair competition under Florida common law.

1

2.      Siesta is a leading designer, manufacturer, and distributor of creatively distinctive drinkware and souvenir products. Siesta has invested substantial time, creative effort, and resources to develop original artistic designs that differentiate its products in the marketplace and are protected by federal copyright law.

3.      Defendant Freez has willfully and deliberately copied Siesta's original, federally registered copyrighted artwork and is manufacturing, marketing, and selling drinkware products bearing designs that are substantially similar—and in many instances virtually identical—to Siesta's protected works, without authorization or license.

4.      Siesta seeks injunctive relief, actual damages, disgorgement of Defendant's profits, statutory damages up to $150,000 per infringed work for willful copyright infringement, compensatory and punitive damages for unfair competition, costs, and all other available relief.

## II. **PARTIES**

5.      Plaintiff Siesta LLC is a limited liability company organized under the laws of the State of Florida, with its principal place of business at 1320 Stirling Road, Dania Beach, Florida 33004. Siesta designs, manufactures, and distributes drinkware and souvenir products throughout the United States, including in this judicial district.

6.      Upon information and belief, Defendant Premier Investments USA LLC, doing business as Freez Drinkware, is a limited liability company organized under the laws of the State of Florida, with its principal place of business at 415 NE 2nd Ave, Hallandale, Florida 33009. Defendant manufactures, markets, and sells drinkware products in direct competition with Siesta throughout the United States, including in this judicial district.

2

### III. JURISDICTION AND VENUE

7.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*. This Court has supplemental jurisdiction over Plaintiff's Florida common law unfair competition claim pursuant to 28 U.S.C. § 1367(a), as that claim is so related to the federal copyright claim that it forms part of the same case or controversy.

8.      This Court has personal jurisdiction over Defendant because Defendant is a Florida limited liability company with its principal place of business in this judicial district and regularly conducts business in this district, including marketing and selling the infringing products at trade shows and through wholesale channels directed to customers in this district.

9.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) because Defendant resides in and has a regular and established place of business in this district, and a substantial part of the events giving rise to the claims occurred here.

### IV. FACTUAL BACKGROUND

**A.      *Siesta's Original Copyrighted Works***

10.      Siesta is the creator and exclusive owner of a portfolio of original, creative artistic works comprising illustrated designs applied as full-wrap graphics to its drinkware products. These works were created by Siesta's designers, and are owned exclusively by Siesta LLC. Siesta's original copyrighted works include:

- *Siesta Tree Mountain Outline*: a full-wrap illustrated design featuring a panoramic horizon of snow-capped mountain peaks above a silhouetted pine tree treeline, completed August 2023 and first published November 2023 at the IGES Trade Show.

- *Siesta Sea Life Turtles*: a full-wrap illustrated design featuring sea turtles in multiple sizes arranged in a distinctive gradient pattern—larger turtles concentrated at the base, dispersing to smaller ones toward the top—completed October 2023 and first published November 2023 at the IGES Trade Show.

- *Palm Tree Beach Scene*: a full-wrap illustrated design featuring palm trees, ocean, and beach imagery, completed February 2024 and first published July 2024 at the ICAST Trade Show.

- *Flowers Tumblers Printing Artistic Design*: a full-wrap 3D printing artistic design featuring floral illustrations, completed October 2023 and first published November 2024.

- *Siesta Drinkware and Souvenirs Product Catalog 2026*: Siesta's original product catalog containing original images, designs, and layout, completed August 2025 and published September 2025 at Surf Expo.

11. These works (collectively, "Siesta's Copyrighted Works") are wholly original and do not incorporate any portion of any pre-existing third-party work.

12. Siesta holds U.S. Copyright Registration No. VA 2-465-854, issued by the United States Copyright Office with an effective date of September 30, 2025. This registration covers the *Siesta Tree Mountain Outline* and *Siesta Sea Life Turtles* designs as 2-D artwork incorporated in the *Siesta Catalog 2023*. A true and correct copy of the registration certificate is attached hereto as **Exhibit 1**.

13. Siesta has continuously and commercially exploited its Copyrighted Works since their respective publication dates through prominent display at national trade shows—including the IGES Trade Show, the ICAST Trade Show, and Surf Expo—and through printed and digital catalogs distributed to wholesale and retail customers throughout the United States.

**B.** ***Defendant's Access to Siesta's Copyrighted Works***

4

14.     Defendant Freez is a direct competitor in the souvenir and specialty drinkware market, selling to the same class of wholesale customers—souvenir and gift retailers—through the same channels, including national trade shows and wholesale catalogs. Freez and its representatives have been present at the same national trade shows where Siesta publicly displayed its original designs, including the IGES Trade Show and Surf Expo.

15.     Through Siesta's public display at trade shows, distribution of its catalogs within the trade, and widespread commercial availability of Siesta's products in the marketplace, Defendant had actual and constructive access to Siesta's Copyrighted Works prior to the creation and release of the infringing products.

**C.     *Defendant's Infringing Conduct***

16.     Without authorization from Siesta, Defendant has reproduced, copied, and distributed artistic designs on its drinkware products that are substantially similar—and in many instances virtually identical—to Siesta's Copyrighted Works. Defendant's infringing products are marketed and sold under the Freez Drinkware brand and were prominently promoted in Defendant's Freez Drinkware 2026 catalog and at recent trade shows.

17.     Representative examples of Defendant's infringing products include:

- Defendant's products **S7948** and **S7949** (40 oz. tumblers, Freez Drinkware 2026 catalog) reproduce a mountain-and-pine-tree design that is substantially similar to Siesta's *Siesta Tree Mountain Outline* as applied to Siesta's CUP-SLY10 product. The composition of the mountain silhouette above the treeline, the scale and relative placement of design elements, the gradient color treatment, and the overall artistic arrangement are all substantially similar to Siesta's original registered work.

- Defendant's product **S8604** (40 oz. tumbler, Freez Drinkware 2026 catalog) reproduces a multi-scale sea turtle design substantially similar to Siesta's *Siesta Sea Life Turtles* as applied to Siesta's CUP-SLY12 product. The distinctive gradient

arrangement of sea turtles from large to small, the specific artistic rendering of turtle shells and flippers, the color treatment, and the placement of destination-specific text overlays are all substantially similar to Siesta's original registered work.

- Defendant's product **S8602** (30 oz. insulated bottle, Freez Drinkware 2026 catalog [**Exhibit 4**]) reproduces the same multi-scale sea turtle design substantially similar to Siesta's *Siesta Sea Life Turtles* as applied to Siesta's CUP-HST8 product.

18.     Side-by-side comparisons of Siesta's Copyrighted Works and Defendant's infringing products are attached hereto as **Exhibits 2 and 3**. These comparisons are illustrative and not exhaustive of Defendant's infringing conduct.

19.     Defendant's infringement is willful. Given the near-identity of the designs, the identical product formats and colorways, and Defendant's direct access to Siesta's products and marketing materials prior to the release of Freez's infringing designs, Defendant copied Siesta's works with full knowledge of Siesta's rights and in deliberate disregard of them.

20.     On February 20, 2026, Siesta's counsel sent Defendant a written cease-and-desist letter identifying Siesta's registered copyright and demanding that Defendant immediately cease all infringing activity and confirm compliance within ten days. Defendant has failed to comply.

21.     Siesta has not authorized, licensed, or consented to any of Defendant's reproduction, distribution, or display of Siesta's Copyrighted Works.

### V. COUNT I: <u>COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 AND 501)</u>

22.     Siesta incorporates by reference paragraphs 1 through 21 as if fully set forth herein.

23.     Siesta is the sole and exclusive owner of all copyright rights in and to Siesta's Copyrighted Works, including Copyright Registration No. VA 2-465-854, which constitutes prima facie evidence of the validity of the copyright and Siesta's ownership pursuant to 17 U.S.C. § 410(c).

24.     Siesta's Copyrighted Works are original works of authorship fixed in a tangible medium of expression and entitled to full protection under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

25.     Defendant had access to Siesta's Copyrighted Works through Siesta's continuous and public display, promotion, and sale of its products at national trade shows and through widely distributed wholesale catalogs.

26.     Without authorization from Siesta, Defendant has infringed and continues to infringe Siesta's exclusive rights under 17 U.S.C. § 106 by reproducing, preparing derivative works based upon, distributing copies of, and publicly displaying works that are substantially similar to Siesta's Copyrighted Works.

27.     Defendant's infringement is willful within the meaning of 17 U.S.C. § 504(c)(2). Defendant had actual and/or constructive knowledge of Siesta's copyrights and proceeded to infringe those rights with deliberate disregard, as evidenced by the near-identity of Defendant's designs with Siesta's registered works and by Defendant's failure to cease its infringing conduct following written notice.

28.     As a direct and proximate result of Defendant's copyright infringement, Siesta has suffered and will continue to suffer irreparable harm, including loss of sales, erosion of competitive position, and damage to its established customer relationships, for which there is no adequate remedy at law. Siesta is therefore entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502.

29.     Siesta is entitled to recover, at its election: (a) its actual damages and any additional profits of Defendant attributable to the infringement pursuant to 17 U.S.C. § 504(b); or (b) statutory

damages of up to $150,000 per infringed work for Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2).

30.     Siesta is further entitled to its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

### VI. COUNT II: UNFAIR COMPETITION UNDER FLORIDA COMMON LAW

31.     Siesta incorporates by reference paragraphs 1 through 30 as if fully set forth herein.

32.     Siesta and Defendant are direct competitors in the souvenir and specialty drinkware market, selling to the same class of wholesale customers through the same trade channels. By deliberately copying Siesta's original copyrighted designs in their entirety—including the artistic composition, color treatment, product formats, and collection presentation—Defendant has misappropriated the fruits of Siesta's substantial investment, creativity, and commercial effort.

33.     Defendant's conduct constitutes unfair competition under Florida common law, including by repeatedly copying the designs and products as those of Siesta, misappropriating Siesta's commercial advantage, and engaging in deceptive trade practices that are likely to cause consumer confusion as to the source and sponsorship of Defendant's products.

34.     Defendant's unfair competition was willful and deliberate. Defendant had direct access to Siesta's products and catalogs, and acted with full knowledge of Siesta's rights and commercial interests. Defendant's conduct was undertaken for the purpose of trading on Siesta's goodwill and avoiding the investment required to develop original designs.

35.     As a direct and proximate result of Defendant's unfair competition, Siesta has suffered and will continue to suffer damages, including lost sales, erosion of customer relationships, and damage to its business reputation and goodwill. Because Defendant's conduct was willful,

8

intentional, and undertaken in conscious disregard of Siesta's rights, Siesta is entitled to an award of punitive damages under Florida law.

## VII. **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff Siesta LLC respectfully prays that this Court enter judgment in its favor and against Defendant Premier Investments USA LLC d/b/a Freez Drinkware as follows:

A. A judgment that Defendant has: (i) willfully infringed Siesta's registered and unregistered copyrights in violation of 17 U.S.C. §§ 106 and 501; and (ii) engaged in unfair competition under Florida common law;

B. A preliminary and permanent injunction enjoining Defendant, its officers, agents, employees, and all persons acting in concert with Defendant, from: (i) reproducing, manufacturing, importing, distributing, displaying, offering for sale, or selling any products that copy or are substantially similar to Siesta's Copyrighted Works; and (ii) otherwise infringing Siesta's copyright rights in its Copyrighted Works;

C. An order requiring the impoundment and destruction of all infringing products, catalogs, marketing materials, and any means of reproduction in Defendant's possession, custody, or control, pursuant to 17 U.S.C. § 503;

D. An award of Siesta's actual damages and disgorgement of Defendant's profits attributable to the infringement pursuant to 17 U.S.C. § 504(b), or, at Siesta's election, statutory damages of up to $150,000 per infringed work for Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2);

E. An award of compensatory damages and punitive damages for Defendant's willful unfair competition under Florida common law;

F. An award of Siesta's reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505;

G. Pre-judgment and post-judgment interest at the maximum legal rate; and

H. Such other and further relief as this Court deems just and proper.

Dated: April 2, 2026

Respectfully submitted,

/s/ Natalie Sulimani
Natalie Sulimani, Esq.
Sulimani Law Firm PA
150 Broadway Suite 1703
New York, NY 10038
Tel: (212) 863-9614
natalie@sulimanilawfirm.com

**Counsel for Plaintiff Siesta LLC**
(Pro Hac Vice Application Pending)

10

# EXHIBIT 1

Home  |  My Profile  |  Help  |  Contact Us  |  Log Out

## Review Submission

[eCO Navigation Tips](#)

Please review the entire submission on this screen. If you need to revise any information, return to the appropriate data entry screen to make the revision. When the entire submission is correct, click the "Add to Cart" button at the top of the screen. **Warning: Once you submit your application, you cannot make changes to it. Therefore, please review the information on this screen carefully before proceeding.**

| Links | Completed |
|---|---|
| Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

### Case Summary

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 1-15013325201 | **Application Format:** | Standard | **Case Type:** | Work of the Visual Arts |
| **Contact Name:** | Natalie Sulimani | | | **Opened:** | 9/30/2025 |

### All Titles

| Title of Work | Volume | Number | Issue Date | Type | On Page |
|---|---|---|---|---|---|
| SIESTA TREE MOUNTAIN OUTLINE | | | | Title of work being registered | |
| SIESTA SEA LIFE TURTLES | | | | Title of work being registered | |
| SIESTA CATALOG 2023 | | | | Title of Larger Work | |

### Publication/Completion

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type | IS Number | Preregistration Number |
|---|---|---|---|---|---|---|
| Yes | 2023 | 11/01/2023 | United States | | | |

### Authors & Contributions (VA)

| Name | Organization Name | Work For Hire | Citizenship | Domicile | Year of Birth | Year of Death | Anonymous | Pseudonymous | Pseudonym | Photo | Jewelry | Architectural | 2-D Art | Sculpture | Map | Technical Drawing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SIESTA LLC | Yes | United States | United States | | | N | N | | N | N | N | Y | N | N | N |

### Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt Other | Address |
|---|---|---|---|---|
| | SIESTA LLC | | | 1320 ADAM, SAMUEL 1320 STIRLING ROAD, DANIA BEACH, FL, 33004, United States |

### Claim Limitations review (VA)

| **Material Excluded** | **New Material Included** | **Previous Registration** |
|---|---|---|
| Jewelry ☐ | Jewelry ☐ | 1st Prev. Reg. # |
| Photograph ☐ | | |

| | | |
|---|---|---|
| 2D Artwork | Photograph | Year |
| Sculpture | 2D Artwork | 2nd Prev. Reg. # |
| Architectural | Sculpture | Year |
| Technical Drawing | Architectural | |
| Map | Technical Drawing | |
| Other | Map | |
| | Other | |

### Rights & Permissions

| | | | |
|---|---|---|---|
| First Name: | Natalie | Organization Name: | Sulimani Law Firm PA |
| Middle Name: | | Address 1: | 300 Carnegie Center |
| Last Name: | Sulimani | Address 2: | STE 150 |
| Email: | natalie@sulimanilawfirm.com | City: | PRINCETON |
| Phone: | (212) 863-9614 | State: | NJ |
| Alternate Phone: | | Postal Code: | 08540 |
| | | Country: | United States |

### Correspondent

| | | | |
|---|---|---|---|
| First Name: | Natalie | Organization Name: | Sulimani Law Firm PA |
| Middle Name: | | Address 1: | 300 Carnegie Center #150 |
| Last Name: | Sulimani | Address 2: | |
| Email: | natalie@sulimanilawfirm.com | City: | Princeton |
| Phone: | (212) 863-9614 | State: | NJ |
| Alternate Phone: | | Postal Code: | 08540 |
| Fax: | | Country: | United States |

### Mail Certificate

| | | | |
|---|---|---|---|
| First Name: | Natalie | Organization Name: | Sulimani Law Firm PA |
| Middle Name: | | Address 1: | 300 Carnegie Center #150 |
| Last Name: | Sulimani | Address 2: | |
| | | City: | Princeton |
| | | State: | NJ |
| | | Postal Code: | 08540 |
| | | Country: | United States |

### Certification

| | |
|---|---|
| Name: | Natalie Sulimani |
| Certified: | ✓ |
| Special Handling: | ✓ |

**Applicant's Internal Tracking Number:**

**Note to Copyright Office:**

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# EXHIBIT 2

## SIESTA TREE MOUNTAIN:



**CUP-SLY10**
7287743446
24 Pieces, 6 assorted Colorways

## FREEZ TREE MOUNTAIN:



**S7948**  24PK 40oz  $0.00

**S7949**  24PK 40oz  $0.00

17

# EXHIBIT 3

## SIESTA SEA LIFE TURTLES:



**CUP-HST8**

743782478008

24 Pieces, 4 assorted Colorways

**FREEZ SEA LIFE TURTLES:**



S8604   24PK 40oz   $0.00

# EXHIBIT 4

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# MINIS



**S7758**   96PK 2.5oz   $0.00



**S7757**   96PK 2.5oz   $0.00



**S7759**   96PK 2.5oz   $0.00



**S7760**   96PK 2.5oz   $0.00



**S7761**   96PK 2.5oz   $0.00



**S7762**   96PK 2.5oz   $0.00

# MINIS



**S7763**   96PK 2.5oz   $0.00



**S7776**   96PK 2.5oz   $0.00

 

**S7952**   96PK 2.5oz   $0.00

**S8691**   96PK 2.5oz   $0.00



**S7953**   96PK 2.5oz   $0.00



**S7463**   96PK 2.5oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# MINIS



**S8490**   96PK 2.5oz   $0.00



**S8499**   96PK 2.5oz   $0.00





**S8503**   96PK 2.5oz   $0.00



**S8494**   96PK 2.5oz   $0.00



**S8533**   96PK 2.5oz   $0.00

4

# MINIS



**S8539**   96PK 2.5oz   $0.00



**S7954**   96PK 2.5oz   $0.00



**S7955**   96PK 2.5oz   $0.00



**S8690**   96PK 2.5oz   $0.00



**S8605**   96PK 2.5oz   $0.00



**S8339**   96PK 2.5oz   $0.00



**S8340**   96PK 2.5oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# MINIS



**S8434**   96PK 2.5oz   $0.00



**S8528**   96PK 2.5oz   $0.00



**S8467**   96PK 2.5oz   $0.00



**S8465**   96PK 2.5oz   $0.00



**S8468**   96PK 2.5oz   $0.00



**S8466**   96PK 2.5oz   $0.00



**S8525**   96PK 2.5oz   $0.00



**S8526**   96PK 2.5oz   $0.00



**S8527**   96PK 2.5oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# MINIS



**S8216**   96PK 2oz   $0.00




**S7662**   96PK 2oz   $0.00



**S8218**   96PK 2oz   $0.00



**S7734**   96PK 2oz   $0.00



**S7735**   96PK 2oz   $0.00



**S7746**   96PK 2oz   $0.00



**S8214**   96PK 2oz   $0.00



**S8215**   96PK 2oz   $0.00



**S7661**   96PK 2oz   $0.00

# MINIS



**S7658**    96PK 2oz    $0.00



**S7754**    96PK 2oz    $0.00



**S8439**    96PK 2oz    $0.00



**S7742**    96PK 2oz    $0.00



**S8217**    96PK 2oz    $0.00



**S7660**    96PK 2oz    $0.00



**S7739**    96PK 2oz    $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# MINIS



**S7175**   96PK 2oz   $0.00



**S7176**   96PK 2oz   $0.00



**S7177**   96PK 2oz   $0.00



**S7178**   96PK 2oz   $0.00



**S7179**   96PK 2oz   $0.00



**S7180**   96PK 2oz   $0.00



**S7745**   96PK 2oz   $0.00



**S8523**   96PK 2oz   $0.00



**S8524**   96PK 2oz   $0.00

**FREEZ** • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# MINIS



**S7741**   96PK 2oz   $0.00



**S8530**   96PK 2oz   $0.00



**S7736**   96PK 2oz   $0.00



**S8441**   96PK 2oz   $0.00



**S7740**   96PK 2oz   $0.00



**S7750**   96PK 2oz   $0.00

10

**FREEZ**  •  TO ORDER CALL **(954) 404-7186**  •  www.justspeed.com

# MINIS



**S7663**    96PK 2oz    $0.00



**S7635**    96PK 2oz    $0.00



**S7664**    96PK 2oz    $0.00



**S7665**    96PK 2oz    $0.00



**S7744**    96PK 2oz    $0.00

# ULTRA TUMBLERS



**S8701**   24PK 32oz   $0.00



**S8700**   24PK 32oz   $0.00



**S8695**   24PK 24oz   $0.00



**S8694**   24PK 24oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SIDE HANDLE 40



**S8488**  24PK  40oz  $0.00



**S8497**  24PK  40oz  $0.00



**S7086**  24PK  40oz  $0.00



**S7119**  24PK  40oz  $0.00



**S7945**  24PK  40oz  $0.00



**S7946**  24PK  40oz  $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 40



**S7089**   24PK 40oz   $0.00



**S8433**   24PK 40oz   $0.00



**S7288**   24PK 40oz   $0.00



**S8604**   24PK 40oz   $0.00



**S7297**   24PK 40oz   $0.00



**S8689**   24PK 40oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 40



**S7788**   24PK 40oz   $0.00



**S7809**   24PK 40oz   $0.00



**S7810**   24PK 40oz   $0.00



**S7808**   24PK 40oz   $0.00



**S7811**   24PK 40oz   $0.00

**S7812**   24PK 40oz   $0.00

# SIDE HANDLE 40



**S8511**  24PK 40oz  $0.00



**S7173**  24PK 30oz  $0.00



**S8512**  24PK 40oz  $0.00



**S7080**  24PK 40oz  $0.00



**S7081**  24PK 40oz  $0.00



**S7172**  24PK 40oz  $0.00



**S7174**  24PK 40oz  $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 40



**S7787**  24PK 40oz  $0.00



**S8463**  24PK 40oz  $0.00



**S8464**  24PK 40oz  $0.00



**S7090**  24PK 40oz  $0.00



**S7948**  24PK 40oz  $0.00



**S7949**  24PK 40oz  $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 30



S7856   24PK 30oz   $0.00

S7807   24PK 30oz   $0.00



S8498   24PK 30oz   $0.00



S8432   24PK 30oz   $0.00



S8489   24PK 30oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 30



**S7858**  24PK 30oz  $0.00



**S7859**  24PK 30oz  $0.00



**S8603**  24PK 30oz  $0.00



**S8462**  24PK 30oz  $0.00



**S8461**  24PK 30oz  $0.00



**S8688**  24PK 30oz  $0.00



**S7854**  24PK 30oz  $0.00



**S7855**  24PK 30oz  $0.00



**S7860**  24PK 30oz  $0.00

# SIDE HANDLE 30



**S7803**   24PK 30oz   $0.00



**S7849**   24PK 30oz   $0.00



**S7850**   24PK 30oz   $0.00



**S7851**   24PK 30oz   $0.00



**S7852**   24PK 30oz   $0.00



**S7853**   24PK 30oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SIDE HANDLE 30




**S7947**   24PK 30oz   $0.00



**S8514**   24PK 30oz   $0.00



**S8513**   24PK 30oz   $0.00



**S7950**   24PK 30oz   $0.00



**S7951**   24PK 30oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SIDE HANDLE SPECIAL



**S7941**   24PK 40oz   $0.00



**S7942**   24PK 40oz   $0.00



**S7943**   24PK 30oz   $0.00



**S7944**   24PK 30oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# TOP HANDLE 40



**S7802**   24PK 40oz   $0.00



**S7800**   24PK 40oz   $0.00



**S8493**   24PK 40oz   $0.00



**S7801**   24PK 40oz   $0.00



**S8532**   24PK 40oz   $0.00



**S8502**   24PK 40oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • **www.justspeed.com**

# TOP HANDLE 40



**S7799**   24PK  40oz   $0.00



**S8435**   24PK  40oz   $0.00



**S7798**   24PK  40oz   $0.00



**S8458**   24PK  40oz   $0.00



**S8457**   24PK  40oz   $0.00



**S8515**   24PK  40oz   $0.00



**S8516**   24PK  40oz   $0.00

24

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# TOP HANDLE 40



**S7791**   24PK 40oz   $0.00



**S7792**   24PK 40oz   $0.00



**S7793**   24PK 40oz   $0.00



**S7794**   24PK 40oz   $0.00



**S7795**   24PK 40oz   $0.00



**S8536**   24PK 40oz   $0.00



**S7796**   24PK 40oz   $0.00



**S7797**   24PK 40oz   $0.00



**S8537**   24PK 40oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# TOP HANDLE 30



**S8492**   24PK 30oz   $0.00

Shimmer



**S8538**   24PK 30oz   $0.00



**S8501**   24PK 30oz   $0.00



**S8602**   24PK 30oz   $0.00



**S7866**   24PK 30oz   $0.00



**S8687**   24PK 30oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# TOP HANDLE 30



**S7862**   24PK 30oz   $0.00



**S7861**   24PK 30oz   $0.00



**S7864**   24PK 30oz   $0.00



**S8518**   24PK 30oz   $0.00



**S8517**   24PK 30oz   $0.00



**S7863**   24PK 30oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# TOP HANDLE 30



**S8455**   24PK 30oz   $0.00



**S8456**   24PK 30oz   $0.00



**S8436**   24PK 30oz   $0.00



**S8442**   24PK 30oz   $0.00



**S7865**   24PK 30oz   $0.00

*FREEZ* • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# TOP HANDLE 20



**S8547**  24PK 20oz   $0.00



**S8548**  24PK 20oz   $0.00



**S8549**  24PK 20oz   $0.00



**S8544**  24PK 20oz   $0.00



**S8459**  24PK 20oz   $0.00



**S8460**  24PK 20oz   $0.00



**S8545**  24PK 20oz   $0.00



**S8546**  24PK 20oz   $0.00

29

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# TOP HANDLE 20





**S8552**   24PK 20oz   $0.00



**S8550**   24PK 20oz   $0.00

**S8549**   24PK 20oz   $0.00

**S8437**   24PK 20oz   $0.00



**S8551**   24PK 20oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# CUTE 14



**S8444**   24PK 14oz   $0.00



**S8445**   24PK 14oz   $0.00



**S8542**   24PK 14oz   $0.00



**S8453**   24PK 14oz   $0.00



**S8500**   24PK 14oz   $0.00



**S8543**   24PK 14oz   $0.00



**S8446**   24PK 14oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# CUTE 14



**S8443**  24PK 14oz  $0.00



**S8569**  24PK 14oz  $0.00



**S8568**  24PK 14oz  $0.00



**S8505**  24PK 14oz  $0.00



**S8507**  24PK 14oz  $0.00



**S8567**  24PK 14oz  $0.00



**S8235**  24PK 14oz  $0.00



**S8236**  24PK 14oz  $0.00

# CUTE 14



**S8451**   24PK 14oz   $0.00



**S8452**   24PK 14oz   $0.00



**S8450**   24PK 14oz   $0.00



**S8449**   24PK 14oz   $0.00



**S8454**   24PK 14oz   $0.00



**S8522**   24PK 14oz   $0.00



**S8521**   24PK 14oz   $0.00



**S8448**   24PK 14oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# ACRYLIC 16



**S8580** 24PK 16oz $0.00



**S8581** 24PK 16oz $0.00



**S8584** 24PK 16oz $0.00



**S8582** 24PK 16oz $0.00



**S8583** 24PK 16oz $0.00



**S8504** 24PK 16oz $0.00



**S8495** 24PK 16oz $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • **www.justspeed.com**

# ACRYLIC 40



**S8554**  24PK 40oz  $0.00



**S8578**  24PK 40oz  $0.00



**S8577**  24PK 40oz  $0.00

# MORE ACRYLICS





**S8586** 24PK 30oz $0.00

**S8585** 24PK 44oz $0.00



**S8590** 24PK 30oz $0.00

# CLASSIC 30







**S8487**  24PK 30oz  $0.00

**S8496**  24PK 30oz  $0.00

**S8594**  24PK 30oz  $0.00







**S8438**  24PK 30oz  $0.00

**S8440**  24PK 30oz  $0.00

**S8519**  24PK 30oz  $0.00



**S8520**  24PK 30oz  $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# CLASSIC 30



**S7287**  24PK 30oz  $0.00



**S7100**  24PK 30oz  $0.00



**S8541**  24PK 30oz  $0.00



**S6647**  24PK 30oz  $0.00



**S7077**  24PK 30oz  $0.00



**S7120**  24PK 30oz  $0.00



**S7084**  24PK 30oz  $0.00



**S6553**  24PK 30oz  $0.00



**S6641**  24PK 30oz  $0.00



**S7135**  24PK 30oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# CLASSIC 30



**S6802**  24PK 30oz  $0.00



**S6806**  24PK 30oz  $0.00



**S7139**  24PK 30oz  $0.00



**S6667**  24PK 30oz  $0.00



**S7076**  24PK 30oz  $0.00



**S6919**  24PK 30oz  $0.00



**S6856**  24PK 30oz  $0.00



**S6853**  24PK 30oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# CLASSIC 30



  

**S6500**  24PK 30oz  $0.00



**S6678**  24PK 30oz  $0.00

  

**S6501**  24PK 30oz  $0.00



**S6559**  24PK 30oz  $0.00

 

**S6916**  24PK 30oz  $0.00

**S7091**  24PK 30oz  $0.00

# CLASSIC 30



**S6529**  24PK 30oz  $0.00



**S6528**  24PK 30oz  $0.00



**S6769**  24PK 30oz  $0.00



**S6893**  24PK 30oz  $0.00



**S6900**  24PK 30oz  $0.00



**S6771**  24PK 30oz  $0.00

# CLASSIC 20



 

**S6505**   24PK 20oz   $0.00



**S6642**   24PK 20oz   $0.00

 

**S6857**   24PK 20oz   $0.00

 

**S6854**   24PK 20oz   $0.00



**S6920**   24PK 20oz   $0.00



**S6907**   24PK 20oz   $0.00



**S6531**   24PK 20oz   $0.00



**S6530**   24PK 20oz   $0.00



**S6679**   24PK 20oz   $0.00



**S6772**   24PK 20oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE SLEEVE

Insulated Stainless-Steel Tumbler Wrapped in a Silicone Sleeve with Embosssed Pattern.

### Palm Trees



**S7104**   24PK 30oz   $0.00

### Surf Boards



**S7105**   24PK 30oz   $0.00

### Fish Bones



**S7106**   24PK 30oz   $0.00

### Mermaid & Dolphin



**S7286**   24PK 30oz   $0.00

### Turtles



**S6914**   24PK 30oz   $0.00



**S8535**   24PK 30oz   $0.00

### Anchor



**S7109**   24PK 30oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE SLEEVE

**Insulated Stainless-Steel Tumbler Wrapped in a Silicone Sleve with Embosssed Pattern.**

### School of Fish



### Pineapple



### Weed



### Palmetto & Moon



**S6689**   24PK 30oz   $0.00

**S7248**   24PK 30oz   $0.00

**S7113**   24PK 30oz   $0.00

**S7111**   24PK 30oz   $0.00

### Bear Paw



### Bear Paw



### USA Flag



**S7108**   24PK 30oz   $0.00

**S8534**   24PK 30oz   $0.00

**S7107**   24PK 30oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE SLEEVE

Insulated Stainless-Steel Tumbler Wrapped in a Silicone Sleve with Embosssed Pattern.

### Turtles



### Ocean Reef



### Turtles



**S8196**   96PK 2oz   $0.00

**S8469**   24PK 40oz   $0.00

**S8470**   24PK 40oz   $0.00

### Fish Bones



### Sail Boat



### Anchors



### Bears and Mountains



**S8473**   24PK 30oz   $0.00

**S8471**   24PK 30oz   $0.00

**S8472**   24PK 30oz   $0.00

**S8474**   24PK 40oz   $0.00

45

**FREEZ** • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# SPECIALTY

  

**S7874**  24PK 50oz  $0.00          **S7940**  24PK 50oz  $0.00          **S7876**  24PK 25oz  $0.00

# Barrel Tumblers

 

**S7468**  24PK 12oz  $0.00          **S7465**  96PK 2.5oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SPECIALTY

## Champagne cups

## Slim Shots







**S7117**   24PK 20oz   $0.00

**S6875**   24PK 20oz   $0.00

**S8079**   96PK 3.5oz   $0.00





**S6877**   24PK 20oz   $0.00

**S8080**   96PK 3.5oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# RHINESTONE



**S8078** 24PK 40oz $0.00



**S8589** 24PK 20oz $0.00



**S8588** 24PK 40oz $0.00



**S8693** 24PK 30oz $0.00



**S8125** 24PK 17oz $0.00



**S8692** 24PK 30oz $0.00



**S8076** 96PK 2.5oz $0.00





**S8077** 96PK 2oz $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# GLASS



**S8123**  24PK 40oz  $0.00



**S8531**  24PK 20oz  $0.00



**S8124**  96PK 2.5oz  $0.00



**S8600**  96PK 2.5oz  $0.00

**S8195**  96PK 2.5oz  $0.00



**S7873**  96PK 3oz  $0.00



**S8601**  96PK 4oz  $0.00



**S8194**  96PK 3oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# Signature
### FREEZ



**S8476**  24PK 40oz  $0.00



**S8480**  24PK 30oz  $0.00





**S8479**  24PK 14oz  $0.00



**S8475**  24PK 30oz  $0.00



**S8481**  24PK 40oz  $0.00



**S8477**  24PK 30oz  $0.00



**S8485**  96PK 2.5oz  $0.00

**S8478**  96PK 2.5oz  $0.00



**S7670**  96PK 2oz  $0.00



**S7775**  96PK 2.5oz  $0.00



Signature FREEZ



**S7785**  24PK 40oz  $0.00



**S8486**  24PK 16oz  $0.00

**S8579**  24PK 40oz  $0.00



DON'T TREAD ON ME

Glitter



**S6659**  24PK 30oz  $0.00



**S6923**  24PK 30oz  $0.00



**S6550**  24PK 20oz  $0.00



**S6552**  24PK 30oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

*Signature* FREEZ







**S7078**  24PK 30oz  $0.00    **S7079**  24PK 30oz  $0.00



**S8447**  24PK 14oz  $0.00



**S7667**  96PK 2oz  $0.00







**S8557**  96PK 2.5oz  $0.00





**S6895**  24PK 30oz  $0.00



**S7677**  96PK 2oz  $0.00



**S8558**  24PK 30oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com



# Signature FREEZ

## Outer Banks



**S7753**   96PK 2oz   $0.00

**OBX1**   24PK 30oz   $0.00

## JERSEY SHORE



**S7675**   96PK 2oz   $0.00

**S7045**   24PK 30oz   $0.00

## WILDWOOD NEW JERSEY







**S7715**   96PK 2oz   $0.00



**S7716**   96PK 2oz   $0.00

**S8373**   24PK 30oz   $0.00

# Signature FREEZ

# Pensacola, Fl



**MD002**  24PK 30oz  $0.00



**MD007**  24PK 30oz  $0.00



**S7187**  24PK 40oz  $0.00



**S7125**  24PK 20oz  $0.00



**S7188**  24PK 40oz  $0.00



**S7186**  24PK 40oz  $0.00



**MD001**  24PK 30oz  $0.00



**S7752**  96PK 2oz  $0.00

55

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com



# Signature FREEZ

## Destin, FL



**MD003**   24PK 30oz   $0.00



**PCD001**   24PK 30oz   $0.00



**MD004**   24PK 30oz   $0.00



**MD008**   24PK 30oz   $0.00



**S7756**   96PK 2oz   $0.00

## MYRTLE BEACH



**S6896**   24PK 30oz   $0.00



**S7676**   96PK 2oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • **www.justspeed.com**

# CARRIER BAG
## for 40oz  Tumbler





**S7560**   24PK 20oz   $0.00



**S7561**   24PK   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • **www.justspeed.com**

# Coolers



## "Super Tote" – 30 Cans

**DIMENSIONS**
46cm x 25cm x 44cm



**S6759**  3PK – 2 STYLES   $0.00

## "Tall Cooler" – 36 Cans

**DIMENSIONS**
34cm x 27cm x 30cm



**S6760**  3PK – 2 STYLES   $0.00

**Strong, Durable
Weather Proff
Heavy Duty Zipper**



## "Medium Cooler" – 24 Cans

**DIMENSIONS**
34cm x 27cm x 30cm



**S6761**  3PK – 2 STYLES   $0.00



## "Small Cooler" – 12 Cans

**DIMENSIONS**
92cm x 20cm x 26cm



**S6762**  3PK – 2 STYLES   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# TALL COFFEE CUPS



**S8000**   24PK 30oz   $0.00



**S8001**   24PK 30oz   $0.00



**S8174**   24PK 30oz   $0.00

**S8587**   24PK 24oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

# KEYCHAINS



**S8088**  96PK  $0.00



**S8087**  96PK  $0.00



**S8341**  96PK  $0.00



**S8342**  96PK  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE

*Marlins*



*Palm Trees*



*Cocktails*



**S7868**   24PK 16oz   $0.00

*Turtles*



*Nautical*



*Sea Shells*



**S7870**   24PK 16oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE MINI



**S7270**  96PK 3oz  $0.00



**S7272**  96PK 3oz  $0.00



**S7271**  96PK 3oz  $0.00



**S8060**  96PK 2.5oz  $0.00



**S8059**  96PK 2.5oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# SILICONE



**S7278**   24PK 30oz   $0.00



**S7281**   24PK 12oz   $0.00



**S7283**   24PK 10oz   $0.00

# Milkshake Cups





**S7997**   24PK 16oz   $0.00

**S7996**   24PK 16oz   $0.00






**S8571**   24PK 16oz   $0.00

**S8573**   24PK 16oz   $0.00

**S8574**   24PK 16oz   $0.00

**S8575**   24PK 16oz   $0.00







**S8570**
24PK 16oz   $0.00

**S8572**
24PK 16oz   $0.00

**S7998**
24PK 16oz   $0.00

**S7993**
24PK 16oz   $0.00

**S7995**
24PK 16oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justipee.com

# Milkshake Cups



**S7691**   24PK 40oz   $0.00



**S8576**   24PK 40oz   $0.00



**S7692**   24PK 40oz   $0.00



**S7693**   24PK 40oz   $0.00

FREEZ • TO ORDER CALL (954) 404-7186 • www.justspeed.com

Just for Kids



**S8598**   24PK 12oz   $0.00



**S8599**   24PK 12oz   $0.00



**S8597**   24PK 12oz   $0.00



**S8596**   24PK 12oz   $0.00



**S8595**   24PK 12oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com



## Just for Kids



**S8508**   24PK 10oz   $0.00



**S8506**   24PK 10oz   $0.00



**S7181**   24PK 10oz   $0.00



**S7182**   24PK 10oz   $0.00



**S8509**   24PK 10oz   $0.00



**S8510**   24PK 10oz   $0.00



**S8540**   24PK 10oz   $0.00



**S7183**   24PK 10oz   $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com



**S8553**  24PK 16oz  $0.00

**Just for Kids**



**S8591**  24PK 10oz  $0.00



**S8592**  24PK 14oz  $0.00



**S8593**  24PK 14oz  $0.00



**S6512**  24PK 13oz  $0.00



**S7878**  24PK 30oz  $0.00

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**BEACH LIFE**


1001


1003


1005


1006


1009


1013


1014


1019


1030


1031


1043


1045


1046


1074


1075


1076


1077


1078


1079


1081


1082


1083


1090

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS



1091

## SEA LIFE



1002



1007



1008



1017



1027



1028



1039



1089



1033



1034



1035



1036



1037



1040



1044



1047



1048

## NAUTICAL



1029



1016



1022



1080

70

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**NAUTICAL**
   

1084     1085     1086     1041

**LAKE LIFE**
   

1060     1061     1062     1094

**WILDERNESS**
    

1004     1023     1024     1067     1068

    

1069     1070     1071     1116     1073     1074

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**WILDERNESS**


1075


1076


1077


1078


1079


1080


1081


1117


1089


1118


1089


1096


1095


1074

**SIGNATURE**


1025


1026


1020


1052


1042


1049


1050


1051

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**SIGNATURE**


1038


1053


1054


1059


1073


1075


1084


1085


1086


1087


1091


1092


1063


1094


1095


1096


1032

**MISC.**


1015


1087


1088


1073


1092

73

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**MISC.**


1093


1100


1011


1021


1064


1065


1064


1082


1055


1057


1058

**SAYINGS**


1010

Head for the Drink
Panama City Beach, FL
1012

WHAT THE Shell
Panama City Beach, FL
1018

WHO'S Counting?
MINOCQUA, WI
1101

If you can't **be happy** at least you can **be drunk.**
South Padre Island, TX
1102


"Trust me, you can dance."
- Vodka
Myrtle Beach SC
1103

TEAM DAY DRUNK
South Padre Island, TX
1104

DRUNK DADS MATTER
Key West, FL
1105

DRUNK MOMS MATTER
Key West, FL
1106


LET'S GET HAMMERED
KEY WEST, FL
1107


Let's Get HAMMERED
Myrtle Beach SC
1108

**FREEZ** • TO ORDER CALL **(954) 404-7186** • www.justspeed.com

# DROPNAMES DESIGNS

**SIGNATURE**



1109 · 1110 · 1111 · 1112 · 1113

1114 · 1115

**FONT DROPNAME**





F-1001 · F-1002 · F-1003

F-1004 · F-1005 · F-1006 · F-1007 · F-1016 · F-1009

F-1018 · F-1017 · F-1012 · F-1013 · F-1014 · F-1015



*Just Speed*

Premier Investments USA, LLC
201 Ansin Blvd Ste B
Hallandale, FL 33009