AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| SIESTA LLC, a Florida Limited Liability Company | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| PREMIER INVESTMENTS USA LLC d/b/a FREEZ DRINKWARE, a Florida Limited Liability Company | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.     26-cv-60934-Damian

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PREMIER INVESTMENTS USA, LLC
c/o Registered Agent ORB CPA, PA
1000 S STATE RD 7
PLANTATION, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Thomas C. Adam, Esq.
2258 Riverside Ave.
Jacksonville, FL 32204

Natalie Sulimani, Esq.
150 Broadway, Ste 1703
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 2, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court