**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

------------------------------------------------------------------------x

SIESTA LLC, a Florida Limited Liability Company,

        Plaintiff,

                                         Case No.:

v.                                 **DECLARATION OF ADAM**
                                 **SAMUEL IN SUPPORT OF**
                                 **PLAINTIFF'S MOTION FOR**
                                 **TRO**

PREMIER INVESTMENTS USA LLC d/b/a FREEZ.
DRINKWARE, a Florida Limited Liability Company,

        Defendant.

------------------------------------------------------------------------x

      I, **Adam Samuel**

1. I am the principal and managing member of Plaintiff Siesta LLC ("Siesta") and am fully familiar with Siesta's business operations, product development, intellectual property, and sales. The statements in this declaration are based on my personal knowledge and review of Siesta's business records, and if called as a witness, I could and would competently testify thereto.

2. Siesta is in the business of designing, manufacturing, and distributing high-quality, creatively distinctive drinkware and souvenir products. We have invested substantial time, capital, and creative resources to develop a unique brand identity and a portfolio of original artistic designs that distinguish our products in a competitive marketplace.

1

3.   Our original designs are a cornerstone of our business and are created by our in-house design team. By agreement or by virtue of employment, Siesta is the sole and exclusive owner of all rights, including copyrights, in the works created by its employees.

4.   Among Siesta's most popular designs are the *Siesta Tree Mountain Outline* and the *Siesta Sea Life Turtles* (collectively, the "Copyrighted Works"). The *Siesta Tree Mountain Outline* was completed in August 2023 and first published in November 2023. The *Siesta Sea Life Turtles* design was completed in October 2023 and also first published in November 2023.

5.   Siesta is the owner of U.S. Copyright Registration No. VA 2-465-854, with an effective date of September 30, 2025, which covers the Copyrighted Works. A true and correct copy of the registration certificate is attached hereto as **Exhibit 1**.

6.   Defendant Premier Investments USA LLC, doing business as Freez Drinkware ("Freez"), is a direct competitor that sells drinkware products to the same wholesale customers and through the same channels of trade as Siesta, including at national trade shows. I have personal knowledge that representatives from both Siesta and Freez have attended the same trade shows, including the IGES Trade Show and Surf Expo, where Siesta's products featuring the Copyrighted Works were prominently displayed. Defendant had clear and direct access to our designs.

7.   I have personally reviewed Defendant's *Freez Drinkware 2026* catalog [**Exhibit 4**] and have seen photographs of their trade show displays. Freez is manufacturing and selling products that bear designs that are virtually identical to our Copyrighted Works. Specifically:

2

a. Defendant's products S7948 and S7949 are knockoffs of our *Siesta Tree Mountain Outline* design, copying the distinctive mountain horizon, silhouetted treeline, and overall composition. [**Exhibit 2**].

b. Defendant's products S8604 and S8602 are knockoffs of our *Siesta Sea Life Turtles* design, copying the unique gradient pattern of turtles from large to small, the artistic style of the turtles, and the overall color scheme. [**Exhibit 3**].

8.  The copying is so exact that it could not be the result of coincidence or independent creation. Given Defendant's access to our work and the near-identical nature of the infringing products, it is clear that Defendant's infringement is willful and intentional.

9.  On February 20, 2026, Siesta's counsel sent a cease-and-desist letter to Freez, identifying our copyright registration and demanding that all infringing activity stop immediately. To date, Freez has not responded or given any indication that it has ceased its infringing conduct.

10. Defendant's continued, unauthorized sale of these knockoff products is causing Siesta immediate and irreparable harm that cannot be adequately compensated by money damages alone. Siesta and Freez sell to the same class of wholesale buyers—souvenir and gift retailers—through the same trade shows and wholesale catalog channels. When a retailer purchases Freez's infringing products, that sale is permanently lost to Siesta. The retailer, having already stocked an infringing product, is unlikely to also purchase Siesta's original for the same season. These lost sales and the resulting lost long-term customer relationships cannot be identified or quantified through a subsequent damages calculation because we have no way of knowing which specific customers chose Freez instead of Siesta, or how many future reorders were foreclosed as a result.

11. The timing of this infringement makes immediate relief especially critical. The souvenir and specialty drinkware market is concentrated around the spring and summer trade show season, during which wholesale buyers place the majority of their annual orders. Defendant is actively marketing its infringing products right now, during this peak buying window. I have personally observed Freez promoting these knockoff products at trade shows attended by Siesta's existing and prospective customers. Every day that passes without relief is a day in which Freez is capturing wholesale orders that would otherwise go to Siesta, and displacing Siesta's products with an inferior infringing substitute. Once the buying season closes, those lost orders cannot be recovered. A money damages award entered months or years from now cannot restore the wholesale relationships and seasonal revenue that Siesta is losing right now.

12. We also need expedited discovery to determine the full scope of Defendant's infringement, including how many infringing units have been made and sold, who their suppliers are, and which customers have purchased the infringing products. This information is solely in Defendant's possession and is critical to calculating damages and preventing further harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19 , 2026.

_____

Adam Samuel