**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

-------------------------------------------------------------------x

SIESTA LLC, a Florida Limited Liability Company,

        Plaintiff,

                                    Case No.: 0:26-cv-60934-MD

v.                                 **AMENDED MOTION TO APPEAR**
                                       **PRO HAC VICE**

PREMIER INVESTMENTS USA LLC d/b/a FREEZ.
DRINKWARE, a Florida Limited Liability Company,

        Defendant.

-------------------------------------------------------------------x

Local counsel for Plaintiff SIESTA LLC., Thomas Adam of Adam Law Group P.A., respectfully moves this Court for an Order permitting Natalie Sulimani, Esquire, to appear *pro hac vice* in this action as counsel for Plaintiff. In support of this Motion, local counsel and Ms. Sulimani state the following:

Ms. Sulimani is corporate, in-house counsel for the plaintiff and a member in good standing of the bars of the following jurisdictions:

1. **State Bar Admissions:**
   - State of New York, admitted November 20, 2002, Bar No. 4078366.

2. **Federal Court Admissions:**
   - United States District Court for the Southern District of New York
   - United States District Court for the Eastern District of New York

A Certificate of Good Standing for Ms. Sulimani from the New York State Bar is attached hereto as Exhibit A.

1

Ms. Sulimani is not a resident of Florida and is not a member of the Florida Bar. Ms. Sulimani has not abused the privilege of special admission by maintaining a regular law practice in Florida.

Ms. Sulimani agrees to be governed by the Local Rules of this Court and the Federal Rules of Civil Procedure. She has paid or will timely pay the requisite fee for special admission. Upon admission, Ms. Sulimani will register for and utilize the Court's Case Management/Electronic Case Files (CM/ECF) system.

Ms. Sulimani affirms the following oath:

*I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.*

Ms. Sulimani is also familiar with and acknowledges her professional responsibilities and potential liability pursuant to 28 U.S.C. § 1927.

In accordance with Local Rule 4(b), Ms. Sulimani certifies and affirms the following:

a. I have studied the Local Rules of the United States District Court for the Southern District of Florida.

b. I am a member in good standing of the State Bar of New York, which is a qualifying bar under the Local Rules.

c. I have not filed more than three (3) motions to appear *pro hac vice* in different cases in this District within the last 365 days.

2

d. I will be governed by the Local Rules of this Court and by the Federal Rules of Civil Procedure, and I agree to abide by the provisions of the Florida Rules of Professional Conduct.

e. I will timely pay the requisite fee for special admission.

Pursuant to Section 2B of the CM/ECF Administrative Procedures, Natalie Sulimani, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings to her at the email address: natalie@sulimanilawfirm.com.

Movant, Thomas Adam, Esquire, of the law firm of Adam Law Group P.A, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

Local counsel's contact information is as follows:

**Thomas C. Adam**
**Adam Law Group P.A**
**2258 Riverside Ave.,**
**Jacksonville, FL 32204**
**(904) 329-7249**
**bk@adamlawgroup.com**

3

Dated: April 14, 2026

Respectfully submitted,


/s/ Thomas C. Adam
Thomas C. Adam, Esq.
Adam Law Group P.A
2258 Riverside Ave.,
Jacksonville, FL 32204
(904) 351-0743
bk@adamlawgroup.com
*Local Counsel for Plaintiff*


*Natalie Sulimani*
Natalie Sulimani, Esq.
Sulimani Law Firm P.A
150 Broadway, Suite 1703,
New York, NY 10038
(212) 863-9614
natalie@sulimanilawfirm.com
*In-House Counsel for Plaintiff*

4

# Exhibit A

4



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

_____

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Natalie Sulimani

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 20, 2002,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 13, 2026.

Clerk of the Court