UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60934-CIV-DAMIAN

SIESTA LLC,

     Plaintiff,

v.

PREMIER INVESTMENTS USA LLC,

     Defendant.

_____/

**ORDER GRANTING AMENDED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILING [ECF NO. 12]**

**THIS CAUSE** is before the Court on counsel for Plaintiff's Amended Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Natalie Sulimani, Esq. [ECF No. 12] ("Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

THE COURT has considered the Motion and the pertinent portions of the record and, being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 12]** is **GRANTED**.

It is further

ORDERED that Natalie Sulimani, Esq. may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Natalie Sulimani, Esq. at natalie@sulimanilawfirm.com.

DONE AND ORDERED in Chambers in the Southern District of Florida, this 17th day of April, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record