AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **0:26-cv-60934-MD**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **PREMIER INVESTMENTS USA, LLC**
was received by me on  **4/13/2026:**

☐ I personally served the **AMENDED COMPLAINT; CIVIL COVER SHEET; AMENDED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF ADAM SAMUEL IN SUPPORT OF**                   **PLAINTIFF'S MOTION FOR**

☐ **TRO** on the individual at *(place)*  on *(date)* ; or

     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C/O REGISTERED AGENT ORB CPA, PA**, who is designated by law to accept service of process on behalf of **PREMIER INVESTMENTS USA, LLC** at **1000 S STATE RD 7, Plantation, FL 33317** on **04/13/2026 at 2:16 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/13/2026

_____
*Server's signature*

**Arturo Olivares Leon**
_____
*Printed name and title*

**8627 Bridle Path Ct**
**Davie, FL 33328**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, AMENDED COMPLAINT; CIVIL COVER SHEET; AMENDED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF ADAM SAMUEL IN SUPPORT OF**                **PLAINTIFF'S MOTION FOR TRO, to C/O REGISTERED AGENT ORB CPA, PA, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**



Tracking #: **0218258246**
